

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00360-CV

———————————————

SHAWN FRANCIS SPARKS, Appellant

V.

LASHAUNDA JOHNSON, Appellee

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-353891-24

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On July 22, 2025, and August 4, 2025, we notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless he paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.[2]  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[3] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  August 21, 2025

---

[1]In our July 22, 2025 letter, we stated that the fee was to be paid by August 1, 2025.  In our August 4, 2025 letter, we stated that the fee was to be paid by August 14, 2025.

[2]We also directed appellant to file a docketing statement.  *See* Tex. R. App. P. 32.1.  In our July 22, 2025 letter, we stated that the docketing statement was to be filed by August 1, 2025.  In our August 4, 2025 letter, we stated that the docketing statement was to be filed by August 14, 2025.  Appellant has not filed a docketing statement.

[3]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).